# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148446

MICHAEL WENNERS, DAVID CROSS and
SALLY CROSS,
      Plaintiffs-Appellees,

v

                                         SC: 148446
                                         COA: 314938
                                         Washtenaw CC: 12-001197-CH

MATTHEW D. CHISOLM and AMY (VOGEL)
CHISOLM,
      Defendants-Appellants,
and

CLAUDIA M. WEBB and MARY J. POIRER,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the November 27, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals shall consider the defendant's motion for summary disposition in light of MCR 2.605.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



                        Clerk

t0611